E-FILED
Tuesday, 09 October, 2007  04:25:58 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| CAROL HOLDING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CRAIG COOK, et al., )<br>)<br>Defendants. ) | No. 07-1104 |

## O P I N I O N   A N D   O R D E R

Before the Court is a Report and Recommendation filed by Magistrate Judge Byron G. Cudmore.  [Doc. 19.]  Judge Cudmore recommends that this Court grant a Motion to Dismiss Count V of Plaintiff's Complaint [Doc. 8] and that this Court grant in part and deny in part a second Motion to Dismiss [Doc. 12] filed by Defendant Fidelity and Guaranty Life Insurance Co. ("Fidelity"). Specifically, Judge Cudmore recommends that this Court dismiss Plaintiff's RICO claim on the grounds that Plaintiff has not alleged a pattern of racketeering activity, an essential elemento fo a RICO claim under 18 U.S.C. § 1962(c), and that this Court allow all other claims to proceed.

At the time that the Report and Recommendation was filed, the parties were informed that any objection to Judge Cudmore's recommendation should be filed within ten working days after service of Judge Cudmore's report.  And, they were informed that

any failure to timely object would constitute a waiver of any objection on appeal.  <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986); See also Local Rule 72.2.  However, neither party has objected to Judge Cudmore's recommendation, and the date for objecting to the Report and Recommendation has passed.  Accordingly this Court adopts Judge Cudmore's Report and Recommendation in full.

## CONCLUSION

IT IS THEREFORE ORDERED that Judge Cudmore's Report and Recommendation [Doc. 19] is ADOPTED.

IT IS FURTHER ORDER that Defendants' Motion to Dismiss Count V [Doc. 8] is GRANTED.  Plaintiff's RICO claim is DISMISSED.  And, Defendant Fidelity's Motion to Dimiss [Doc. 12] is GRANTED IN PART and DENIED IN PART.  It is granted to the extent that it seeks to dismiss Plaintiff's RICO claim.  Defendant Fidelity's Motion to Dismiss is otherwise DENIED.

This matter is referred to the Magistrate Judge for further pre-trial proceedings.

ENTERED this  9th  day of October, 2007.

                                                      s/Joe Billy McDade_____
                                                       Joe Billy McDade
                                      United States District Judge